United States District Court
District of Massachusetts
1st District

Rickey Reid

v.

Sheriff Dipaulo et al's

# Motion For a Protective Order

The plaintiff requests that this Honorable Court ORDER protective measures pertaining to but not limited to pertaining to:
1) Transfer to another jail or institution. (Plaintiff is sentenced)
2) Disclosure of identity or property.
3) Protection of signatures and authority.

Respectfully,

Rickey A. Reid Pro Se
5/25/04