UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY                          ,
                      Plaintiff,


          v.                              Civil Action No.  04-11192-NMG


SHERIFF DIPAULO, et al.              ,
                      Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint and amendment
pursuant to Sections 1915(e)(2) and/or 1915A:

FINDINGS

1.      The complaint is frivolous, malicious, or fails to state a claim upon which
        relief may be granted:

        No ☐      Yes ☒      as to plaintiff's claims against <u>defendants
                             Billerica House of Correction Legal Department;
                             the Commissioner of the Massachusetts
                             Department of Public Health; the Commissioner
                             of Public Safety; and the Billerica Board of
                             Health.</u>

2.      The complaint seeks relief from a defendant or defendants who are immune
        from such relief:

        No ☐      Yes ☒      as to defendant(s) <u>defendants Billerica House of
                             Correction Legal Department; the
                             Commissioner of the Massachusetts
                             Department of Public Health; and the
                             Commissioner of Public Safety.</u>

_____

3.      Section 1997e(g)(2) provides that:

        "The court may require any defendant to reply to a complaint brought under
        this section if it finds that the plaintiff has a reasonable opportunity to prevail
        on the merits."

42 U.S.C. § 1997e(g)(2).

Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

a. Yes ☐   The Court has so determined and found as to defendant(s):

           _____

b. No ☐   because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

     ☐ all defendants    ☐ the defendant(s)

                                _____

                                _____

c. No ☐   because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

     ☐ all defendants    ☐ the defendant(s)

                                _____

                                _____

d. Cannot say

     ☒   It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

         ☐ all defendants    ☒ the defendant(s) <u>DiPaulo, Norton, Sgt. Flynn and Officer Thurmond Hall.</u>

<u>ORDERS</u>

Based upon the foregoing:

1.    The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

2

No ☐        Yes ☒        ☐ as to all defendants

☒ only as to defendant(s) <u>DiPaulo,</u>
<u>Norton,  Sgt. Flynn and Officer Thurmond Hall.</u>

2.    The Clerk shall dismiss this action unless, on or before the 42nd day from the date
of this Order, plaintiff has filed a submission showing good cause why the Court
should find that the pleading is sufficient to state a cognizable claim and that plaintiff
will have a reasonable opportunity to prevail on the merits of plaintiff's claims
against defendant(s)?

No   ☐     Yes ☒        ☐ as to all defendants

☒ only as to defendants <u>Billerica House</u>
<u>of Correction Legal Department; the</u>
<u>Commissioner of the Massachusetts</u>
<u>Department of Public Health; the</u>
<u>Commissioner of Public Safety; and the</u>
<u>Billerica Board of Health.</u>

3.    a.    Although defendant(s) may not have been served with a summons and
complaint, are the defendant(s) invited but not required to file an answer to
aid the Court in reaching a prompt final disposition on the merits?

No   ☐     Yes ☐        ☐ as to all defendants

☐ only as to defendant(s)

_____

OR

b.    If the defendant(s) have been served with a summons and complaint, are the
defendant(s) required to reply within the time specified in the summons?

No   ☐     Yes ☒        ☐ as to all defendants

☒ only as to defendant(s) <u>DiPaulo,</u>
<u>Norton, Sgt. Flynn and Officer Thurmond Hall.</u>

<u> 1/7/05          </u>                          <u> /s/ Nathaniel M. Gorton                    </u>
DATE                                    NATHANIEL M. GORTON
                                        UNITED STATES DISTRICT JUDGE

3