UNITED STATES DISTRICT COURT

1st. Circuit (Massachusetts)

ERIC KELLEY                              # 04-11192 RCL

    V.                                   **MOTION FOR A ORDER INJUNCTIVE RELIEF CONCERNING FEDERAL MAIL VIOLATIONS.**

SHERIFF DIPAOLA

    Now Comes, the plaintiff and asks that this Honorable court ORDER an INJUNCTIO FOR THE DEFT(s) NOT TO OPEN FEDERAL. LEGAL MAIL OUTSIDE HIS PRESENCE, or any legal mail outside his presence.

    Attached is a letter and exhibit(s). This has been a on-going violation and resulted in a amended complaint.

Respectfully;
*Eric Kelley*
Eric Kelley

CERTIFICATE OF SERVICE

I sent a copy of this motion by regular mail to Atty. garrannara for the defendants on; 1/16/05 by regular mail Bounds V. Smith I/co/ the Legal Dept.

*Eric Kelley*

To: GRIEVANCE OFFICER
    POSTMASTER GENERAL
    U.S.D.C. PROTECTIVE ORDER MOTION ✓
    ATTORNEY GARRANNARA (SHERIFFS DEPT. LEGAL DIV.)

From: Eric Kelley (Pro Se)

RE: **CONTINUED, UNCONSTITUTIONAL OPENING OF PRIVELEDGED LEGAL MAIL.**

January 16th. 2005

    On January 12th. 2005 my legal mail from the United States District Court was opened outside of my presence (AGAIN). The mail contained; summons, a copy of a civil complaint verse the Sheriff, U.S. Marshall forms, amended complaint and other documents.

    The aforementioned documentation was opened w/o my knowledge and **reviewed** rather then being given to me. It was sent to Records (the Redcords Dept. is the jails center of communication). On the very next day, C/o Sanborn placed my U.S. District Court mail in the regular mail process (after opening it outside my presence).

    This issue is a crucial assertation in my lawsuit pending in the U.S. District Court.

               **THIS LETTER IS A FORMAL COMPLAINT.**

                    Truthfully;
                    *Eric Kelley*

# Middlesex Sheriff's Office

## Inmate Grievance Form

Name: __Eric Kelley__   Housing: __C-10__

Date Grievance is Submitted: __1/16/05__

Date of Specific Incident (if any): __1/12/05__

Is this grievance of an emergency nature?

Circle One:YESNO

Please state grievance or complaint:

My legal mail continues to be opened outside of my presence,

This practice is violating Federal mailing policies and

I have sought every remedy to address it to no avail.

Attached please find (facts).

The worst, intrusive violation was on 1/12/05.

Please state requested remedy:

$500.00. (Five Hundred Dollars) and a mailroom ORDER about

identifiying inmate legal mail.

Signature:

(Use reverse side if needed)

---

### Inmate Receipt for Grievance Form

Inmate's Name:   Housing:

Date and Time Received:

Signature and Title of Employee receiving Grievance Form: