EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**1 COURTHOUSE WAY, SUITE 2300**
**OFFICE OF THE CLERK**
**BOSTON, MA 02210**

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE**

Eric Kelley
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862



TED STATES DISTRICT COURT
OFFICE OF THE CLERK
ITED STATES COURTHOUSE
)URTHOUSE WAY SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

C-10

Eric Kelley
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862

01862+2830