# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eric Kelley | Civ.0411192NMG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Sheriff Dipoala | Civil summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheriff Dipaola (Middlesex Sheriff)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
40 Thorndike St. (17th. Floor) Cambridge, Mass. 02141

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eric Kelley
269 Treble Cove Road
Billerica H.O.C.
Billerica, Mass. 01862

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JAN 24 A 9:08

Signature of Attorney or other Originator requesting service on behalf of: *Eric Kelley*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 1/__/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: *Nancy Palomeri*
Date: 1/24/05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
John Granara, Chief Legal Counsel

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/24/05
Time: 2:55 pm
Signature of U.S. Marshal or Deputy: *Lawson*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $3.65 | | $48.65 | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Eric Kelley,
Plaintiff

V.

Sheriff DiPaulo, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11192-NMG

TO: (Name and address of Defendant)

Sheriff DiPaulo
40 Thorndike St.
Middlesex Sheriffs Dept.
Cambridge, mass. 02141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric Kelley, pro se
269 Treble Cove Road
Billerica H.O.C.
Billerica, Mass. 01862

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_William Rware, Acting Clerk_    1/11/05
CLERK                              DATE

_[signature]_
(By) DEPUTY CLERK