UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC KELLEY,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 04-11192-RCL<br>) |
| SHERIFF DiPAOLO, et al.<br>      Defendants. | )<br>)<br>) |

**PLAINTIFFS MOTION FOR AN INJUNCTIVE ORDER FOR THE DEFENDANTS TO PRODUCE THE DISCOVERY MOTIONS REQUEST FOR THE WATER (ORDERED BY THE STATE COURT PREVIOUSLY)**

      Now comes, The defendant and requests that this Honorable Court ORDER the plaintiffs to furnish him with the Discovery all about the **water supply** in Blillerica, reports, and anaylisis.

      A motion was filed in the previous state suit (Exhibt A) Doyle V. County #89-1519 entry # 34. The county (defendants) refused to comply, the state case is resolved and/or has not been argued for over 3 years. (Settlement). This is more than a standard discovery requests because it entails the needed documentation to envoke a Motion & Injunction about the water that is unfit for human consumption and bathing purposes.

Respectfully;

*Eric Kelley*
Eric Kelley (Pro Se)    1/10/05