UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY,                          )
                  Plaintiff,          )
                                      )
        v.                            )    C.A. No. 04-11192-RCL
                                      )
SHERIFF DiPAOLO, et al.               )
                  Defendants.         )

PLAINTIFFS MOTION AND REQUEST
FOR A INJUNCTIVE ORDER FOR A
VIOLATED/NON-COMPLIED WITH
STATE ORDER FOR RECREATION.

          Now comes, The defendant in the above
matter and respectfully requests an affirmative ORDER for the
defendants to comply with the state courts ORDER for ample
recreational periods, time out of cells and non-enforcement
of double bumking single cells without permission from the
inmate.

          These ORDERS are outlined in Exhibt A
attached.

                              Respectfully;

                              Eric Kelley
                              Eric Kelley (Pro Se)    1/10/05