UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY,              )
      Plaintiff,    )
                          )
v.                        )   C.A. No. 04-11192-RCL
                          )
SHERIFF DiPAOLO, et al.   )
      Defendants.   )

NOTICE OF LAWSUIT AND REQUEST
FOR WAIVER OF SERVICE SUMMONS.

To: *Sent to defendant (Return Receipt) mail*

    A lawsuit has been commenced against you (and/or an entity that you represent). A copy of the complaint and some relevant documentation is attached with this notice.
    This is NOT a formal summons or any form of notification from the court.
    If you return a waiver of service to me in 3 (three) working days of your receipt of this notice, then I will not pursue standard summons service. If not, I shall and the cost will be at your expense.

Truly;
*Eric Kelley* 1/10/05
Eric Kelley (Pro Se)