UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1st. Circuit                                    # 04 11192

ERIC KELLEY                                     27 MG 2005 FEB -3 P 12: 29

        v.                                      Motion
                                                Preliminary Injunctive
SHERIFF DiPOALA et, al.                         Relief

        The plaintiff requests that
this Honorable Court Order an
Injunction (Protective) with its
Judicial discreation governing the
Stipulations. (See Ex. 'grievance')

        1) Absent the injuction (harm)
and irreparable violations will occur.

        2) No harm could come to the
defendant if relief is granted.

        3) This is a solid case that
        even the Governor of Massachusetts
supports. (see Exhibit)

                        Respectfully
                        Eric Kelley (Pro se)

# Middlesex Sheriff's Office

## Inmate Grievance Form

Name: ___Eric kelley___                    Housing: ___C-10___

Date Grievance is Submitted: ___1/28/05___

Date of Specific Incident (if any): ___1/28/05___

Is this grievance of an emergency nature?

                                    Circle One:            YES        NO

Please state grievance or complaint:

On the above date C'O Gorman (the assigned librarian)

refused to copy my legal pleadings to the United States

District Court (because Sheriff DiPoala) this injustice

constitutes denial to access to the courts and retaliation

for filing as law suit (as was outlined in the protective ORDER

request.

Please state requested remedy:

Written order from the Deputy, that my (LEGAL) copies

must be provided. A written apoligy by Gorman.

Signature: _____

(Use reverse side if needed)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Inmate Receipt for Grievance Form

Inmate's Name: _____        Housing: _____

Date and Time Received: _____

Signature and Title of Employee receiving Grievance Form:

_____