UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY

# 04-1192 NMG

v.

**PLAINTIFFS MOTION FOR
A FACT FINDING.**

SHERIFF DiPAOLA et, al.

Now Comes, the palintiff in the above captioned matter and respectfully requests that this Honorable Court <u>ORDER</u> a Board of health, or iniciate a (VIEW) of the jail.

Attached is an exhibit ("A") a coack roach that is very huge by common household standards, but is not nearly one of the "bigger" ones in the jail. Aside from the cockroaches their are spiders that have caused a recent epidemic of poisoness reaction. ( a affidavit from inmate Zanbonni is forth-coming). to support his and others serious medical ailments.

Respectfully;

_Eric Kelley_ (Eric Kelley) Pro Se

CERTIFICATE OF SERVICE

I sent a photo-copy the attached exhibit "A" (huge cockroach) to the defendants (Legal Counsel) on _2/10/05_ via the legal Dept.

Signed;

_Eric Kelley_
Eric Kelley (Pro Se)

See affidavit

I was denied I when I made copy Request.

Affidavit of
Eric Kelley

I Eric Kelley here-by depose that on 2/10/05 I explained to clerk Morse that the defendants (Jail) are refusing me access to the courts* and legal assistance The Inmate Director of Legal Services (Atty. Lee Gartenburg) says I am the Only Prisoner that can not see Legal Services, Obtain copies (the library copy machine was sabataged by deft. flynn thats my assertation, he wrote no copies HA HA HA on the machine)

Under the pains & Penalties of Perjury
Eric Kelley

* all civil matters and Pending criminal matter where I was Pro-se for 17 months!

EXHIBIT "A"

A Cockroach
   Prevelant (everyway) biting
                              & disease

kitchen, cells, ect. ect.

                Eric Kelley