UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 18  P 12: 57
U.S. DISTRICT COURT
DISTRICT OF MASS

ERIC KELLEY,

    Plaintiff,

    v.

SHERIFF DiPAOLO, et al.,

    Defendants.

)
)
)
)
)
)
)

C.A. No. 04-11192-RCL

## PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT FOR FAILURE OF THE DEFENDANTS TO PROPERLY OPPOSE THE COMPLAINT.

Now Comes, The plaintiff in the above matter, and respectfully requests that that this Honorable Court grant, award, and ORDER Summary Judgement in the plaintiffs favor, for the following reasons;

The defendants response to the complaint is impenetrable, excessivly vague and so ambigous that it gives rise to continued deliberate indifference.

The repetative statement " Calls on palintiff to prove" does not serve ("Fair Notice") of defensive claims as outlined in Smith and Zobels Rules of Practice 6 MPS §12.19

The defendants offer no caselaw or oppisition that states a valid legal dispute.

The section entitled "Defenses" are carbon copied analogies that have no force of law, argument, or explainations to survive a trial.

Attached is memorandum in support.

Respectfully;

_Eric Kelley_ (Eric Keeley) Pro Se