UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY, )
      Plaintiff, )
       )
v. ) C.A. No. 04-11192-RCL
       )
SHERIFF DiPAOLO, et al. )
      Defendants. ) **MEMORANDUM IN SUPPORT OF SUMMARY JUDGEMENT.**

      A view of the jail will save tax-payers expenditures, court process and give rise to a judgement favorable to the palintiff.

      M.R.CIV.P. 12 (B) (6) demonstrates that well pleaded factual allegations and reasonable inferences therefrom disregard (unsupported responces and defenses), that are intrinsically (groundless). The Federal standards generate even less tolerance.

      See; LONGHORN SECURITIES 573 F.Supp. 278, 279
           BEECY V. PUCCIARELLI 387 Mass. 587
           JONES V. BROCKTON MARKET 369 Mass. 387

      Respectfully;
                  *Eric Kelley*
                  Eric Kelley (Pro Se)

CERTIFICATE OF SERVICE
I sent a copy by regular mail (logged legal) on
2/18/05.
Truly; *Eric Kelley*