UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 25 P 3:10
U.S. DISTRICT COURT
DISTRICT OF MASS

ERIC KELLEY,
Plaintiff,

v. C.A. No. 04-11192-RCL

SHERIFF DiPAOLO, et al.
Defendants.

**MEMORANDUM OF LAW IN SUPPORT MOTION FOR A MEDICAL TRIBUNAL.**

**FEDERAL COURT PROCEEDINGS**

John Zambone, Bitten By Spyder = No diagnosis

Vincent Taffe; SKIN DAMAGE, SEVERE BOILS, CONSTANT MIGRAINES

Henry Espinola; Could not Breath no oxygen on jail (went to out side hosp.)

Michael Wimm; fell through the Floor, no medical treatment

PAul [illegible] Refuse treatment For severly Infected testicles and skin [illegible]

Michael [illegible] - I broke my arm in half, I have a 10 inch rod now placed. I was the victim of many hours of delayed treatment and transportation

LeRoy Orben: My emphasina, bronchitis, Azma is Never treated The pump is Always empty of oxegen The vents do not work I get chest pain and cant breath.

Stephen Kelly - Had severe staff infection cellulitis in left foot - noticed on Saturday - asked C.O.s to get me to medical repeatedly through weekend - refused - [illegible] medical Sunday morning told me I'd [illegible] in [illegible] nothing wrong) Monday taken to hospital [illegible] Permanently scared

parties continued.

FILED
CLERKS OFFICE
2005 FEB 25 P 3: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

5) **DEPUTY GALITANO:** Is the supervisory jail official in charge of the medical services, called the "H.S.U." (Hospital Service Unit). He has failed to implement qualified, trained staff. He is at all times a defendant.

6) **STAFF DOCTOR:** Is the doctor that inflicted, and medically violated the plaintiff. His name will be added in a discovery motion. At all times he is a defendant.

**FACTS OF THE CASE.**

7) On or about July 14th. 2004, the plaintiff was sentenced to 3 years at the Billerica H.O.C. (defendants jail).

8) The plaintiff aquired a job in the inmate dining hall.The defendants did not provide adequate footwear pursuant to the "C.M.R." state policy for kitchens. The shoes/sneakers were canvas, cheap rubber "Bo Bos" that cost aprox. 87¢ for the state to manufacture themselves. These sneakers had no arch support and caused the plaintiff a injury that resulted in swollen arches, puffy ankles and imense pain.

9) The plaintiff filled out numerous " Sick Call Slips " to see a doctor. It took two weeks for the plaintiff to finally be seen. This delay worsened, heightned and also exaberated the plaintiffs injury. The plaintiff was in serious pain during the entire wait for medical attention.

10) The plaintiff seen the (Staff Doctor), and he stated, " I am not a Podiatrist, but I'll try anything once"...

(1)

CR 96 - 2300 [illegible]

[illegible] CASE [illegible]

[illegible]

XRAY [illegible]

[illegible]

[illegible]

[illegible] MADE [illegible]

[illegible]

SHE [illegible]

[illegible] UP [illegible] AND

[illegible]

[illegible]

[illegible]

APRIL [illegible]

2. [illegible]

FOR [illegible]

[illegible]

[illegible] I HAD [illegible] A [illegible]
[illegible] AS [illegible]
I WANTED [illegible]
21 [illegible]
[illegible]
[illegible]
WERE SURE [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

Affidavit

John Zaniboni

I woke up one morning and went to the Infirmary This was a ~~saturd~~ Friday I had a small bump on my Elbow, it was bothering me. They told me it was a spider bite put me on penicillin and tylenol went back to nfirmary on Monday my arm was black + blue from my armpit to mid forarm and it was very swollen they took me to Lowell hospital for IV antibiotics and they brought me back here that night.
A day or two went by And The swelling and bruising got worse and the pain was unbelivable.
Again I was taken back to Lowell hosp IV antibiotics some shit taken from my elbow blood and poison. Was brought back here with Tylenol #3 for pain. And Oral Antibiotics
After a couple of days the swelling ~~went~~ went down to my hand And the pain was ~~so~~ extreme They took Me to Lemuel Shattuk hosp in Roxbury They gave me percodan every 4 hrs 2 of them and one day out of 7 I was on morphine

Dear Clerk Manae

FILED
CLERKS OFFICE
2005 FEB 25 P 3: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

Please file the attached affidavits in support of Motion for Medical Tribunal Previously filed.

Eric Kelley

No Certificate of Service Possible The defendants refuse to allow me to See Legal Services or Obtain copies

Eric Kelley 2/23/05