UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11192-NMG

Eric Kelley,                                    )
Plaintiff, Pro Se                               )
                                                )
v.                                              )
                                                )
Sheriff DiPaola, Superintendent Norton,         )
Officer Thurman Hall, Sgt. Joseph Flynn,        )
Billerica House of Correction Legal Dept.,      )
Attorney Lee Gartenberg, Attorney John          )
Goggin, Commissioner of the Massachusetts       )
Board of Health, Commissioner of Public         )
Safety, and Billerica Board of Health,          )
Defendants.                                     )
                                                )

Plaintiff's Motion To: Condemn the Billerica H.O.C. Due to the Same reasons and Conditions of the Suffolk Jail.

United States District Court,
D. Massachusetts.

**INMATES OF the SUFFOLK COUNTY JAIL et al., Plaintiffs,**
v.
**Thomas S. EISENSTADT et al., Defendants.**

**Civ. A. No. 71-162-G.**
June 20, 1973.

Now comes the plaintiff and requests Total Condemnation and destruction of the Billerica H.O.C. because (24 years) later After the Suffolk ruling the same atrocious Conditions are prevelant (we go back in time to degredation)

Respectfully
Eric Kelley

Motion developed on 3/'05 Prior to Magistrate placement]