UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY (PLAINTIFF)                    # 04-11192-NMG


        V.


SHERIFF DiPAOLA e.t.a.l.



### PLAINTIFFS MOTION TO ADD NEW DEFENDANT, OFFICER DAN LEE.


**Now Comes,** The plaintiff and adds Officer dan Lee, the (Librarian) who is , has and was;


        1) Breaching confidentiality and reading (ALL) of the defendants legal documents beyond the scope of a cursory viewing. He has then in turn relayed the content of the materials to the defendants in a "spy manner".


        2) Refusing copies and case law in a arbitrary, vindictive manner. This his denied plaintiff plaintiff the ability to draft pleadings and to structure caselaw and to provide any form of Certificate Of service to the defendants.



                        Respectfully;

                        Eric Kelley

                        Eric Kelley (Pro Se)


can not provide Certificate of Service, I sent a hand written statement about the contents of the motion to the defendants lawyer on 3/28/05 about the matter. (Claim letter).

        3/23/05  Signed:  Eric Kelley

        returned (?)
        Mail ang
        ?? Jeat 4/14/05