Dear Clerk Morse,

please note (change of address)

Please be advised that I have been to 1 county jail and 2 state prisons in a 2 week period (and I am being transferred again.) Please send me the docket entries so I can know the [status] of my case.

Please find for filing: (Each Motion seperated by paper dividers (dividers))

1) Motion to Condemn Billerica H.O.C
2) Motion for Partial Summary Judgement
3) Motion to Amend and add new deft(s)
4) Motion to Add Dan Lee as defendant

Carol Lawton of OCCC can advise you of my where-abouts (by phone) prior to sending the docket entries.

Thank you for always doing such a great job.

Eric Kelley (Pro se)