U.S.D.C. of
Mass. (1st. Cir.)

A1

Kelley

v.

DiPaolo

#04-11192 ~~REL~~ NMG

Motion of
Plaintiff for
An Order
of Discovery
(Billerica Board
of Health)

Now comes, the plaintiff and requests that this Honorable Court (ORER) the Billerica Board of Health to relinquish Any & All Documents about the Billerica H.O.C. to him, from the dates of 1980 - the Present.

Eric Kelley
(Pro se)

# Certificate Of Service

I Eric Kelley wrote the defendants lawyer (a letter) in good faith concerning these filings. I have no access to the law library and/or copies.

Truthfully; Eric Kelley
5/24/05