UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC KELLEY,
      Plaintiff,

v.

SHERIFF DiPAOLO, et al.
      Defendants.

C.A. No. 04-11192-NMG

## Plaintiffs Motion To Waive All Remaining Stages Of The Litigation And Begin Trial.

Now comes the plaintiff And requests a TRIAL DATE. Plaintiffs waives; interogatories, and discovery (with the exception of Billerica Board of Health Discovery.) In Kelley v. Maloney 2000-2001 case USDC Judge Harrington seen waiver and immediate trial as a tax payers and courtroom expenditures best interest.

Eric H.J. Kelley