UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11192-NMG

FILED
CLERKS OFFICE
2005 JUN -8 A 11: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

Eric Kelley,
Plaintiff,

v.

Sheriff DiPaola, Superintendent Norton, Officer Thurmond Hall, Sgt. Flynn, Billerica House of Correction Legal Dept., Attorney Lee Gartenberg, Attorney John Goggin, Commissioner of the Massachusetts Board of Health, Commissioner of Public Safety, and Billerica Board of Health,
Defendants.

further complaints of Continued violations. Plaintiff / Pre trial Detainee Awaiting trial In a maxium Security Infamous Punishment setting.

The plaintiff, who is a pre-trial detainee with the presumption of innosence, & unadjudged guilty is at the time of this writing in the H.S.U. (Hospital Segregation Unit) at the states highest Security Penitenary. This violation pursuant to Brown v. Commissioner (where a district court SENTENCED inmate was not allowed placement in (Walpole) yet the unsentenced plaintiff has been there for aprox 3 weeks.

In Support is A Affidavit.

Eric Kelley (PRO Se)



(Affidavit Of Eric Kelley)

I truthfully depose;

FILED CLERKS OFFICE 2005 JUN -8 A 11:33 U.S. DISTRICT COURT DISTRICT OF MASS

1) I was sent from SBCC (Sousa Baranowski) max. security to MCI Walpole (Cedar Junction) the only State Penitentiary. I was sent because I informed (SBCC) Wardon Louise Russo that placing a Pre-trial detainee in a prison (Punishment) setting was unconstitutional.

2) the plaintiff is fearful of his life w/ noted, documented enemies in Cedar Junction.

3) Based on his notification to Prison officials he was locked up in the H.S.U. (Hospital SEGREGATION Unit) rather then transferred to any safe D.O.C. Prison Plaintiff has <u>not</u> aquired <u>any</u> Disciplinary Report of infraction or hearing..

Affidavit (cont.)

#4) Although no disciplinary infractions or hearings exist, Plaintiff is housed in H.S.U. for aprox 2 weeks;

1) Plaintiff is not getting law library although he is Pro Se. in his Criminal case.

Violations of Health Codes;

1) no Sprinklers (fire alarm or fire extinguishers in the cell. (or Corridors).
2) old lice filled matresses, feces, urine, saliva dried w/ blood on doors, walls, beds.
3) No laundry Provisions
4) 30-40 degree room tempatures
5) confiscated all Plaintiffs legal works.
6) one sox, 1 TEE Shirt, no under shorts and others (see ex. grievance)

See Memorandum "(Jenkins)" case

Respectfully Eric Kelley
Pro Se

Cert. of Service No copy machine Access.

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** KELLEY ERIC **Grievance#** 9935 **Institution** OLD COLONY CORRECTIONAL CENTER

**Commit No.** A93317 **Housing** SEGREGATION UNIT **Date Of Incident** 20050420 **Date Of Grievance** 20050425

**Complaint** from nahual st. jail, to concord, and now at OCCC I've been placed in segregation absent a disciplinary hearing or sanctions. During all that time (3 weeks) I have not obtained a P.I.N. # to call any lawyer(s) I finally received a form at OCCC and was denied the number of attornies I could call I was told I was limited to 5 lawyers numbers. I requested 11 and all the lawyers have a significant role in my legal matters. What policy limits # of lawyers an inmate can call???

**Remedy Requested** 8 direct attorney call until I get a approved P.I.N. # and approval of All lawyers.

**Staff Recipient** McKenzie Amanda CO I

**Staff Involved**

**Signature**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050425 **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature** **Date**

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

### INMATE RECEIPT

**Name** KELLEY ERIC **Institution** OLD COLONY CORRECTIONAL CENTER

**Commit No.** A93317 **Grievance#** 9935 **Date Received** 20050425

**Signature.** McKenzie Amanda CO I

TO: Eric Kelley, A93317

FROM: Sergeant Daniel J. Sullivan, Acting Institution Grievance Coordinator

DATE: May 19, 2005

**Re: INMATE GRIEVANCE FORM – Returned/Unaccepted**

Pursuant to review of the Inmate Grievance Form submitted by you with the dated as 5/18/05, outlining several issues/concerns, allegations/complaints, Be advised that your allegation does not fall under the category of an "Emergency". I am returning the grievance to you pursuant to;

491.11 Emergency Grievances

(2) Emergency grievances shall be evaluated by the Institutional Grievance Coordinator to determine whether it is, in fact, an emergency. If the matter is determined not to be an emergency, the grievance form shall be returned to the inmate for proper filing.

And

491.09 Initiating A Grievance

(1) Content of Grievance Forms - All grievances should be legible and must contain the following information:

(A) the date of occurrence of the incident;
(B) the name of current institution;
(C) the name of institution of complaint;
(D) a brief statement of facts;
(E) the remedy requested;
(F) the signatures of both the inmate and staff recipient

And

491.08 General Requirements

(3) A grievance may only be filed concerning one subject matter.

Accordingly, please complete the grievance form(s) (Attachment "A") in accordance with the policy and remit as regular grievances. Also, an Inmate ID # would be appropriate. Thank you.

DJS

CC: File

Pg. 1 of 2

D-XI issu

FORM "A"

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

| INMATE'S NAME: Eric Kelley | INMATE'S #: A- | DATE: 5/17/05 |
|---|---|---|
| INSTITUTION: MCI Cedar Junction | DATE OF INCIDENT: Upon Arrival | |

**INSTRUCTIONS:**

1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. Check off a grievance type that best describes your grievance in **Block A.**
3. In **Block B,** give a brief and understandable summary of your complaint/issue.
4. List any actions you may have taken to resolve this matter in **Block C.** Be sure to include the identity of staff members you have contacted.
5. Provide a Requested Remedy in **Block D.**

**A. Check off one grievance type only (Listed on reverse side). When filing an Emergency Grievance select Emergency and one additional grievance type.**

✓ **EMERGENCY**

**B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary.**

1) I'm representing myself on 52A I've been denied law library access (no envelopes or writing paper)
2) I've been denied Atty. Phone calls.
3) I have one sox, one T shirt, ~~one~~ no undershort
4) I am not given my "street cloths" for court.
5) The cells are freezing cold.
6) Theres no fire extinguishers
7) my legal documents for my Pro Se Crim. & ~~Civil~~ civil have been confiscated
8) I get no hr recrestion.

**C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.** 6 hours a week library (Bounds v. Smith) A P.I.N. #, sox 5x tshirts 4-&-50 shorts, street cloths for court. Some heat in the cells, fire extinguishers return of my legal papers, 1 hr recreation.

**D. Provide your Requested Remedy.**

I'm on 52(A) w/o any disciplinary fractions to warrant Placement in walpole. $500.00 and transfer to MCI norfolk this grievance is Pursuant to P.R.L.A.

**Inmate's Signature** Eric Kelley **Date:** 5/18/05

**Staff Recipient** ______________________ **Date:** ____________

****DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.**
**(Inmate receipts/responses will be generated via the Inmate Management System.)**





**The Commonwealth of Massachusetts**
**Executive Office of Public Safety**
**Department of Correction**
**Old Colony Correctional Center**
**One Administration Road**
**Bridgewater, Massachusetts 02324**
www.mass.gov/doc

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*

**James Bender**
*Acting Deputy Commissioner*

**Bernard Brady**
*Acting Superintendent*

May 12, 2005

no mention of law library access because I never was allowed Any

Eric Kelley A93317
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Dear Mr. Kelley:

Superintendent Brady has referred your correspondence regarding your claims of lack of access to the law library and your lawyer to this office for a response.

You were received at OCCC on 4/8/05 and transferred to SBCC4/28/05. A review of records indicates that, contrary to your claims, you were allowed access to your attorney and did receive a legal visit while at OCCC.

A review of library logs reveals that you received photocopies on 4/13/05 and 4/20/05.

I trust this has addressed any concerns.

Sincerely,

Carol Lawton
Director of Classification

1) yes I received copies.
2) yes I had an Atty. visit. (not my crim. or civil lawyer)

CL/ljh
CC: B. Brady, Superintendent

BUT IT PROVES that for 20 days I was Not allowed law library ACCESS!

* It's unconstitutional to limit # of Attorney calls and deny access to courts. But their doing it.

**Massachusetts Department of Correction**
**Inmate Telephone System Number Request Form**

**INMATE NAME:** Eric Kelley **INMATE PIN #:** ____________

**COMMITMENT #:** A93317 **UNIT:** Seg

**LANGUAGE PREFERENCE:** ENGLISH ☒ SPANISH ☐

**Inmate Signature:** Eric Kelley **Date:** 4/19/05

| Add (A)/ Delete (D) | Name of Called Party | Relationship | Area Code | Telephone Number |
|---|---|---|---|---|
| 1. | ~~Atty Kernahan Buck~~ | ~~Attorney~~ | ~~617~~ | ~~491-8565~~ |
| 2. | | | | |
| 3. | | | | |
| 4. | you are only allowed 5 attorney | | | |
| 5. | | | | |
| 6. | numbers, [illegible] it back | | | |
| 7. | | | | |
| 8. | | | | 4/20/05 |
| 9. | | | | [illegible] |
| 10. | | | | |

**THE FOLLOWING (APPROVED) ATTORNIES AND PRIVILEGED NUMBERS WILL NOT BE RECORDED**

| | Name | Area Code | Telephone Number |
|---|---|---|---|
| | Atty. Kernahan Buck | 617 | 491-8565 |
| | Atty. Eva Clark | 617 | 522-7870 |
| | Atty (ADA) Masai King | 617 | 619 4000 |
| | Atty. Kenneth Desmond | 617 | 494-4400 |
| | Atty Kenneth Demoura | 617 | 482-0600 |
| | Atty Victoria Kelliher | 617 | 482-6212 |
| | Atty Nancy Reimer | 617 | 406-4500 |

**Your acceptance of a PIN and use of inmate telephones shall be deemed as consent to the conditions and restrictions placed upon inmate telephone calls, including call monitoring, recording, and call detail. 3 way calling not allowed.**

| Reviewed by Unit Staff Member (name and signature) | Date |
|---|---|
| | |

* other Atty listings on back

Conditions & Violations
MCI Cedar Junction
Walpole

Affidavit

Absent any disciplinary infractions
As a pretrial detainee, unadjudged guilty I Eric Kelley was subjected to the following:

1) 3 weeks of: A) 24 hour lock-up, B) No hot water, C) No law library access (Pro se in my criminal & civil matters) D) cell tempertures avg. 45° never exceeding 50° E) No laundry access F) 1 pr. sox, 1 Tshirt 1 undershorts G) No phone calls H) No Recreation I) A unit and cell with no fire extinguishers J) No cosmetics K) Not allowed reading material

The aforementioned Cruel & unusual (Punishment) occured 24 hrs. daily.

Truthfully Deposed:
Eric Kelley
5/05

Overall treatment and Conditions are worse then 10 Block & DDU



CERTIFICATE OF SERVICE

I Eric Kelley here-by depose that I ~~sent a copy to:~~ did not send the defendants a copy of here attached Motion by way of regular Mail (1st. class) Pursuant to Bounds v. Smith because a inmate in walpoles H.S.U. do not receive law library access.

And a good faith notification ~~copy to:~~ letter to defendants [DOC]

Truthfully-

Eric Kelley

5/21/05

Atty. Ward Weizel (508) [illegible] 6556
Eric Wetcel 617 557 1186 (Supreme court)
Atty Robert Goldstein 617 742 9045
Atty. Stephen Hrones 617 227 4019

note;

All of these lawyers play some significant legal role in my life.

Eric Kelley,

([illegible]) [illegible]-1424
[illegible] [illegible]
[illegible] [illegible] [illegible] St
[illegible] Brickford
JP

**Block A. Continued (SELECT ONE TYPE ONLY)**

_____ADA
_____ASSAULT
_____CANTEEN
_√__CIVIL RIGHTS VIOLATIONS ("P.R.L.A.) Prisoners Rights Litigation Act.
_____DENIAL/RESTRICTION OF PRIVILEGES
_____EMERGENCY
_____FOOD
_____GRIEVANCE PROCESS
_____HAIRCARE
_____HARASSMENT
_____INMATE ACCOUNTS
_____LAUNDRY
_____LAW LIBRARY
_____MAIL/GENERAL
_____MAIL/LEGAL
_____MEDICAL ACCESS
_____NEW RELIGIOUS REQUEST
_____OTHER
_____PHONE/GENERAL
_____PHONE/LEGAL
_____PHYSICAL PLANT
_____POLICY
_____PROCEDURE
_____PROGRAM ACCESS
_____PROPERTY
_____PUBLICATIONS
_____RELIGION
_____REPRISAL FOR GRIEVANCE/COMPLAINT
_____RETALIATION
_____SEARCHES/INSTITUTION
_____SEARCHES/TAC TEAM
_____SENTENCE COMPUTATION
_____SMU/DDU OPERATIONS
_____STAFF MISCONDUCT
_____STAFF SEXUAL MISCONDUCT W/INMATES
_____SUSUPENSION OF NORMAL OPERATIONS
_____UNIT OPERATIONS
_____USE OF FORCE
_____VERBAL ABUSE
_____VISITS

See page #2