## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Eric Kelley

            **Plaintiff**

V.

      **CIVIL ACTION**

      **NO.  04-11192**

Sheriff DiPaulo, et al.,

            **Defendant**

## JUDGMENT

GORTON   D. J.

In accordance with the Court's Memorandum and Order dated   7/13/05   granting   Defendant's   motion for summary judgment in the above-entitled action, it is hereby ORDERED:

      Judgment for the   Defendant's

                                      By the Court,

 7/13/05                                    /s/ Craig J. Nicewicz
**Date**                                     **Deputy Clerk**

(Judgment for SJ.wpd - 12/98)