COMMONWEALTH V. ERIC KELLEY                # 03-10726

AFFIDAVIT IN SUPPORT OF
MOTION TO DISMISS FOR THE
DENIAL OF ACCESS TO THE COURTS.

I Eric Kelley, The Pro Se defendant in the above entitled matter, here-by depose;

1) A hearing was held before the Honorable Carol Ball, concerning placement in the state prison system (while awaiting trial). The lawyer for the D.O.C. William Saltzman Esq. informed the court (but not limited to;
  a) Defendant would be housed safely.
  b) Medium secure facility.
  c) Would have mandated access to the law library and to the courts. His testimony confirmed that ALL the defendants legal mail would be mailed if he had no funds at the time.
  d) The defendant only gets 1½ library access, which is grossly limited and violative of the state and federal mandates concerning a Pro Se defendant in a criminal prosecution.
  e) **ALL** of the defendants motions, pleadings and court missives have been returned without being mailed. The inmate accountant claims the defendant is "Not Indigent"
  f) The defendant has had $15.00 (fifthteen dollars) since March 30th. 2005 until August 2005, well within the criteria of indigentcy.
  g) Another hearing was held before Judge Jeffery Locke, and Atty. Saltzman assured library access.

Truthfully Deposed, Under the Pains & Penalties of Perjury;

_Eric Kelley_
Eric Kelley (Pro Se)

DATED: Aug 10, 05

Witnessed: _Dornell Wigfall_
Dornell Wigfall